[No. 3905–2.   Division Two.   December 13, 1979.]

*In the Matter of the Personal Restraint of*
EDDIE PERKINS, *Petitioner.*

Petition for relief from personal restraint *granted* by unpublished opinion per Soule, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 3013–3.   Division Three.   December 13, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. SUSAN J. HUMPHREY, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 3756, Robert S. Day, J., entered July 14, 1978. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Roe, J.

[No. 3187–3.   Division Three.   December 13, 1979.]

*In the Matter of the Estate of*
ROSARIO COLISTRO.

Appeal from a judgment of the Superior Court for Spokane County, No. 104582, William H. Williams, J., entered November 28, 1978. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green, C.J., and McInturff, J.

[No. 3025–3.   Division Three.   December 13, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES HUGH TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 4886, Charles W. Cone, J., entered July 10, 1978. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson and Roe, JJ.